| | |
|---|---|
| 1 | SEDGWICK LLP |
| | MARK J. HANCOCK  Bar No. 160662 |
| 2 | mark.hancock@sedgwicklaw.com |
| | REBECCA A. HULL  Bar No. 99802 |
| 3 | rebecca.hull@sedgwicklaw.com |
| | 333 Bush Street, 30th Floor |
| 4 | San Francisco, CA  94101-2834 |
| | Telephone:     (415) 781-7900 |
| 5 | Facsimile:      (415) 781-2635 |
| 6 | Attorneys for Defendant and Counterclaimant |
| | METROPOLITAN LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE RENSHAW, | Case No. 3:15-cv-02104 MMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | |
| JANICE RENSHAW, | |
| Counterdefendant. | |

IT IS HEREBY STIPULATED by and among the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party to bear its own attorneys' fees and costs.

82476330v1

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

**IT IS SO STIPULATED.**

DATED:  November 18, 2015     SEDGWICK LLP

By: */s/ Rebecca A. Hull*
Rebecca A. Hull
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

DATED:  November 18, 2015     LAW OFFICES OF P. RANDALL NOAH

By: */s/ P. Randall Noah*
P. Randall Noah
Attorneys for Plaintiff
JANICE RENSHAW

### ORDER

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

DATED:  November 18, 2015

Honorable Maxine M. Chesney
United States District Judge